UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHEILA ANN TANT,  )
 )
        Plaintiff,  )
 )  **JUDGMENT IN A CIVIL CASE**
v.  )
 )  **CASE NO. 5:17-CV-274-D**
NANCY A. BERRYHILL, Acting Commissioner  )
of Social Security,  )
        Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. Plaintiff's motion for summary judgment [D.E. 11] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 16] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 23, 2018, and Copies To:**
Pamela Marie Henry-Mays         (via CM/ECF electronic notification)
Leah F. Golshani         (via CM/ECF electronic notification)

DATE:         PETER A. MOORE, JR., CLERK
August 23, 2018         (By) /s/ Nicole Sellers
        Deputy Clerk