UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
-----------------------------------------------------------X
SHEILA ANN TANT,

                Plaintiff,

vs.                                                          Civil Action No.:
                                                            5:17-CV-00274-D

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                        **ORDER**
-----------------------------------------------------------X

        The Court, having reviewed the motion papers from counsel for the Law Offices of Charles E. Binder and Harry J. Binder, LLP, attorneys for Plaintiff in the above entitled case, requesting an award of attorney's fees pursuant to 42 U.S.C. § 406(b),

        **IT IS ORDERED** that attorney's fees be granted in the amount of $15,594.13, which represents 25% of the past due benefits awarded to Plaintiff, and that such fees be remitted to primary counsel for Plaintiff, Charles E. Binder. Upon receipt of this sum, counsel for Plaintiff will remit the previously awarded Equal Access to Justice Act fees paid in this case in the amount of $5,818.82 directly to Plaintiff.

SO ORDERED. This _15_ day of November, 2021.

                                                                               JAMES C. DEVER III
                                                                               United States District Judge