UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SHEILA ANN TANT,<br><br>            Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-274-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that attorney's fees be granted in the amount of $15,594.13, which represents 25% of the past due benefits awarded to Plaintiff, and that such fees be remitted to primary counsel for Plaintiff, Charles E. Binder. Upon receipt of this sum, counsel for Plaintiff will remit the previously awarded Equal Access to Justice Act fees paid in this case in the amount of $5,818.82 directly to Plaintiff.

**This Judgment Filed and Entered on November 15, 2021, and Copies To:**

| | |
|---|---|
| Pamela Marie Henry-Mays | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Leah F. Golshani | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK
November 15, 2021               (By) /s/ Nicole Sellers
                                                 Deputy Clerk